**DISMISS and Opinion Filed August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00632-CV

### MICHAEL FULLER, Appellant
### V.
### NIS CONSTRUCTION, INC., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11328**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Before the Court is appellee's July 20, 2018 motion to dismiss this appeal for want of prosecution. The clerk's record is overdue. By letter dated July 9, 2018, the Court instructed appellant to file, by July 19, 2018, either written verification that he had paid or made arrangements to pay the fee for the clerk's record or written documentation that he has been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to comply within the time specified would result in dismissal of the appeal for want of prosecution. As of today's date, appellant has not responded to either this Court's July 9 letter or appellee's motion to dismiss. Accordingly, we grant appellee's motion and dismiss the appeal for want of

prosecution.  *See* Tex. R. App. P. 37.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180632F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL FULLER, Appellant

No. 05-18-00632-CV     V.

NIS CONSTRUCTION, INC., Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas

Trial Court Cause No. DC-15-11328.

Opinion delivered by Chief Justice Wright.

Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee NIS CONSTRUCTION, INC. recover its costs of this appeal from appellant MICHAEL FULLER.

Judgment entered August 8, 2018.